REAVLEY, Circuit Judge, specially
concurring:
I concur but emphasize how unusual this case is. When the same salary is paid for *504 hours of work that fluctuate weekly for years, without anything said, that evidence will support a finding that the employer and employee have agreed on the fixed salary for all hours worked. If the salary is only for 40 hours of work and the compensation does not change when overtime is worked, the employee is working then for no pay at all. Strange it may be, but that is this case. And the evidence is conclusive.
From the time Black began to work for this law firm in 2005, she was paid a fixed salary and any overtime hours were kept weekly for her compensation — at one and a half times the hourly wage. In 2007 she was told that she had supervisor duties and would no longer be paid for overtime work. But except to term her exempt from overtime pay, nothing else changed about her employment terms or compensation. Only then she was not paid anything for overtime work.
Black did not agree. She complained repeatedly. And when the parties came to this trial, they stipulated on the hourly wage ($28.89) as 1/40 of the weekly wage ($1,153.77). They agreed that the weekly wage was paid for only 40 hours. Black’s complaint for not being paid anything for her overtime hours was justified. And so is the judgment of this court.